IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMS REACH CONCEPTS, INC, | No. C 10-00878 JSW |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING ON EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| SUMMER INFANT (USA) INC, et al., | |
| Defendants. | |

On March 2, 2010, Plaintiff Arms Reach Concepts, Inc. filed an *Ex Parte* Application for a Temporary Restraining Order. The Court concludes that a response from Defendants is warranted.

Accordingly, it is HEREBY ORDERED that Plaintiff shall serve a copy of its papers and a copy of this Order on Defendant by no later than 5:00 p.m. on Thursday, March 4, 2010, and shall file proof of such service with the Court by no later than 12:00 p.m. Friday, March 5, 2010. It is FURTHER ORDERED that Defendant's opposition to the motion shall be filed by no later than 12:00 p.m. Monday, March 8, 2010. Plaintiff may file a reply by no later than 12:00 p.m. Wednesday, March 10, 2010. In their briefing, the parties should be prepared to address the standard set forth by the Supreme Court in *Winter v. Natural Resources Defense Council*, 129 S. Ct. 365, 374 (2008) (to obtain injunctive relief, the movant must establish that it is "likely to succeed on the merits, that [it is] likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in [its] favor, and that an injunction is in the public interest).

It is FURTHER ORDERED that the Court shall hold a hearing on the *ex parte* application on Friday, March 12, 2010 at 9:00 a.m.

It is FURTHER ORDERED that if either party seeks to modify this briefing schedule or continue the hearing date, they must submit a request to the Court demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: March 3, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2