RICHARD C. O'HARE (CA State Bar No. 167960)
Law Office of Richard C. O'Hare
135 Keller Street, Suite D
Petaluma, CA 94952
Telephone: (707) 879-4454
Facsimile:(707) 762-5409 (Fax)

Attorney For Plaintiff
Arms Reach Concepts, Inc.

SRECKO VIDMAR (CA State Bar No. 241120)
GREENBERG TAURIG LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
Summer Infant (USA) Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMS REACH CONCEPTS, INC., | CASE NO:   C 10-00878 JSW |
| Plaintiff, | |
| v. | **STIPULATION** |
| SUMMER INFANT (USA) INC., and DOES 1-20, inclusive | |
| Defendant. | |

Plaintiff Arms Reach Concepts, Inc. ("Arms Reach") and Defendant Summer Infant (USA), Inc. ("Summer"), through their respective counsel of record, stipulate and agree as follows:

## BACKGROUND

A. The hearing on Plaintiff's order to show cause regarding preliminary injunction is set for March 26, 2010 at 9:00 a.m. Defendant Summer's opposition to Plaintiff's *Ex Parte* Application for a temporary restraining order is due March 17, 2010.

B. Arms Reach and Summer wish to engage in good faith settlement negotiations in order to resolve this dispute thus minimizing this Court's resources.

## STIPULATION

The parties agree that Summer has taken action to remove all objectionable use of the mark CO-SLEEPER that is the subject of the Complaint [Dkt No. 1] and Plaintiff's *Ex Parte* Application for a temporary restraining order [Dkt Nos. 2, 4] as follows:

1. Summer has removed or cooperated in removal by third parties of all use of the term and mark "CO-SLEEPER" from the advertising of its Rest Assured Sleeper product listed on the websites of Toys R Us, Babies R Us, and K Mart, as shown in Exhibits A, B and C to the Complaint.

2. Summer states that it has no interest in using the term "co-sleeper" as a trademark or product designation, and that the term "co-sleeper" has not been used on Summer Infant's web page for its Rest Assured Sleeper nor has it appeared on any packaging for Summer's sleeper products.

3. Summer agrees that it will not use the term "co-sleeper" in any of its product advertising and/or packaging.

4. To the extent that any third parties use the mark CO-SLEEPER in connection with the advertising, display or marketing of any of Summer's products, upon notice from Arms Reach, Summer shall use its best efforts to cause such third parties to cease any and all such uses of the term and mark "CO-SLEEPER" or the similar term "CO SLEEPER" with Summer's products.

5. Summer's actions as stated herein shall not be deemed or interpreted in any way as an admission of liability that use of the term "Co-Sleeper" as shown on Exhibits A, B and C to the Complaint creates a likelihood of consumer confusion.

The parties to this litigation request this Court vacate the hearing currently set for March 26, 2010 at 9:00 a.m. regarding Plaintiff's *Ex Parte* Application for a temporary restraining order.

The parties to this litigation also request this Court suspend this case up to and including May 1, 2010 to enable the parties to pursue good faith settlement discussions and the parties agree to engage in such good faith settlement discussions during this suspension.

**IT IS SO STIPULATED.**

Dated: March 17, 2010

By:     s/ Richard C. O'Hare

RICHARD C. O'HARE (CA State Bar No. 167960)
Law Office of Richard C. O'Hare
135 Keller Street, Suite D
Petaluma, CA 94952
Telephone: (707) 879-4454
Facsimile:(707) 762-5409 (Fax)

Attorney For Plaintiff Arms Reach Concepts, Inc.

Dated: March 17, 2010

By:    s/ Srecko Vidmar

SRECKO VIDMAR (CA State Bar No. 241120)
GREENBERG TRAURIG LLP

-3-

1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: vidmarl@gtlaw.com

Gayle L. Strong, as Of Counsel
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Phone Number: 303.572.6500
Fax Number: 303.572.6540
E-Mail: Strongg@gtlaw.com

Attorneys for Defendant
Summer Infant (USA) Inc.

_____

**ORDER**

Pursuant to the parties' stipulation, the hearing set for March 26, 2010 is VACATED. The case management conference set for June 18, 2010 remains on calendar and a case management conference statement shall be due on June 11, 2010. All other deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: March 17, 2010

_____
Hon. Jeffrey S. White
United States District Judge

-4-