1  RICHARD C. O'HARE (CA State Bar No. 167960)
   Law Office of Richard C. O'Hare
2  135 Keller Street, Suite D
   Petaluma, CA 94952
3  Telephone: (707) 879-4454
   Facsimile:(707) 762-5409 (Fax)

4  Attorney For Plaintiff
5  Arms Reach Concepts, Inc.

6  SRECKO VIDMAR (CA State Bar No. 241120)
   GREENBERG TRAURIG LLP
7  1900 University Avenue, 5th Floor
   East Palo Alto, CA 94303
8  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508

9  Attorneys for Defendant
10 Summer Infant (USA) Inc.

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13

14 ARMS REACH CONCEPTS, INC.,
                                              CASE NO:   C 10-00878 JSW
15                    Plaintiff,

16         v.                                 **STIPULATION AND [PROPOSED]
                                              ORDER GRANTING PERMANENT
17 SUMMER INFANT (USA) INC., and DOES 1-      INJUNCTION**
   20, inclusive
18

19                    Defendant.

20

21

22      Plaintiff Arms Reach Concepts, Inc. ("Arms Reach") and Defendant Summer Infant (USA),

23 Inc. ("Summer"), through their respective counsel of record, stipulate and agree as follows:

24                                **BACKGROUND**

25

26

27

28

*BOS 46627386v1 May 3, 2010*

A. On March 2, 2010 Plaintiff initiated this action alleging that Defendant Summer Infant infringed upon its registered trademark "CO-SLEEPER." Plaintiff also sought a temporary restraining order and preliminary injunction.

B. On, March 17, 2010 the parties entered into a stipulation to temporarily suspend proceedings in order to engage in good faith settlement negotiations. Pursuant to the stipulation, which became an order of this Court, Defendant was preliminary enjoined from committing certain acts.

C. The parties have agreed to resolve the instant litigation by a stipulation which , upon order of this Court, makes the stipulated preliminary injunction permanent. Plaintiff, upon entry of the Stipulation, hereby dismisses its complaint.

D. By stipulating to this permanent injunction Summer is not admitting liability that use of the term "Co-Sleeper" as shown on Exhibits A, B and C to the Complaint creates a likelihood of consumer confusion.

**STIPULATION**

The parties agree that Summer shall be permanently enjoined as follows:

1. To the extent Summer has not already done so, Summer shall remove or cooperate in removal by third parties of all use of the term and mark "CO-SLEEPER" from the advertising of its Rest Assured Sleeper product listed on the websites of Toys R Us, Babies R Us, and K Mart, as shown in Exhibits A, B and C to the Complaint.

2. Summer shall not use the term "co-sleeper" or either of the similar terms "co sleeper" or "cosleeper" as a trademark or product designation, and shall not use the term "co-sleeper" or either of the similar terms "co sleeper" or "cosleeper" on Summer Infant's web page for its Rest Assured Sleeper or on any packaging for Summer's sleeper products.

3. Summer shall not use the term "co-sleeper" or either of the similar terms "co sleeper" or "cosleeper" in or upon any of its product advertising and/or packaging.

-2-

4. To the extent that any third parties use the mark CO-SLEEPER or either of the similar terms "co sleeper" or "cosleeper" in connection with the advertising, display or marketing of any of Summer's products, upon notice from Arms Reach, Summer shall use its best efforts to cause such third parties to cease any and all such uses of the term and mark "CO-SLEEPER" or the similar terms "co sleeper" and/or "cosleeper" with Summer's products.

5. Summer's obligations as set forth in paragraphs 2-4 herein shall be in effect only as long as Arms Reach owns an enforceable U.S. Trademark Registration for the mark CO-SLEEPER. Summer, however, shall not take any action seeking to invalidate or cancel the CO-SLEEPER mark.

**IT IS SO STIPULATED.**

Dated: May 3, 2010

By: ___s/Richard C. O'Hare___

RICHARD C. O'HARE (CA State Bar No. 167960)
Law Office of Richard C. O'Hare
135 Keller Street, Suite D
Petaluma, CA 94952
Telephone: (707) 879-4454
Facsimile:(707) 762-5409 (Fax)

Attorney For Plaintiff Arms Reach Concepts, Inc.

Dated: May 3, 2010

By: ___s/ Srecko Vidmar___

SRECKO VIDMAR (CA State Bar No. 241120)
GREENBERG TRAURIG LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: vidmarl@gtlaw.com

Gayle L. Strong, as Of Counsel
GREENBERG TRAURIG, LLP

-3-

BOS 46627386v1 May 3, 2010

1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Phone Number:  303.572.6500
Fax Number: 303.572.6540
E-Mail:  Strongg@gtlaw.com

Attorneys for Defendant
Summer Infant (USA) Inc.

**ORDER**

**IT IS SO ORDERED.**

Dated:  __May 5, 2010__                    _____
                                           Hon. Jeffrey S. White
                                           United States District Judge

-4-

BOS 46627386v1 May 3, 2010